December 03, 2010

Mr. Michael P. Murphy
Asst. Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Earl Landers Vickery
Law Office of Lanny Vickery
3007 Dancy Street
Austin, TX 78722

RE: Case Number: 09-0300
 Court of Appeals Number: 03-06-00581-CV
 Trial Court Number: 279814

Style: THE UNIVERSITY OF TEXAS AT AUSTIN
 v.
 ROBERT HAYES

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. |
| |Kyle |
| |Ms. Dana |
| |DeBeauvoir |